# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID JEWEL,

    Plaintiff,

v.                                                                        Case No. 12-10979

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Defendant.

                                         /

## JUDGMENT

In accordance with the court's November 30, 2012 "Order Granting Defendant's Motion to Dismiss,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Federal National Mortgage Association and against Plaintiff David Jewell.

Dated at Detroit, Michigan, this 30th of November, 2012.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                                  BY: S/Lisa Wagner
                                                     Lisa Wagner, Deputy Clerk
                                                     and Case Manager to
                                                     Judge Robert H. Cleland